IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00001-CMA-MJW

WILDEARTH  GUARDIANS,

Plaintiff(s),

v.

LISA P. JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to File Amended Complaint (docket no. 16) is GRANTED pursuant to Fed. R. Civ. P. 15(a) and Arkansas-Platte & Gulf Partnership v. Dow Chemical Co., 886 F. Supp. 762, 765 (D. Colo. 1995).  The First Amended Complaint for Declaratory and Injunctive Relief (docket no. 16-1) is accepted for filing as of this date of this minute order.

It is FURTHER ORDERED that Defendant Lisa Jackson's Unopposed Second Motion for Extension of Time in Which to Respond to Complaint and Motion for Partial Summary Judgment (docket no. 18) is GRANTED as follows.  The Defendant shall have up to and including May 2, 2011, to answer or otherwise respond to the First Amended Complaint.  The Defendant shall have up to and including June 6, 2011, to respond to Plaintiff's Motion for Partial Summary Judgment on Liability and Memorandum of Points and Authorities in Support (docket no. 9).

Date:   March 30, 2011