**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00001-CMA-MEH
(Consolidated with 11-cv-00743-CMA-MEH)

WILDEARTH GUARDIANS,

    Plaintiff,

v.

LISA P. JACKSON, in her official capacity as Administrator,
   United States Environmental Protection Agency,

    Defendant.

---

## ORDER GRANTING MOTION FOR STAY

---

The Joint Motion for Stay (Doc. # 35), filed by the parties on June 6, 2011, is GRANTED. For the reasons set forth in the Motion for Stay, it is hereby

ORDERED that all proceedings in this matter are STAYED **to and including July 29, 2011**, pending the outcome of the mandatory public notice and comment process regarding the proposed Consent Decree, as required by section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g). It is

FURTHER ORDERED that Defendant shall inform the Court <u>on or before July 29, 2011</u>, as to the determination of the EPA Administrator and/or Attorney General to either withdraw consent to or proceed with entry of the proposed Consent Decree.

DATED: June __09__, 2011

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge