IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00001-CJA-MEH
(Consolidated with 11-cv-00743-CMA-MEH)

WILDEARTH GUARDIANS,

    Plaintiffs,

v.

LISA JACKSON, in her official capacity as
Administrator, United States Environmental
Protection Agency,

    Defendant.
_____

### ORDER TO MODIFY CONSENT DECREE
_____

This matter comes before the Court on Defendant's Unopposed Motion to Modify Two Deadlines in Consent Decree (Doc. # 70).  The Court has considered the motion and being fully advised, ORDERS that Defendant's Unopposed Motion to Modify Two Deadlines in Consent Decree (Doc. # 70) is GRANTED.

It is FURTHER ORDERED  that Paragraphs 6 and 7 of the Consent Decree entered by this Court on September 27, 2011, (Doc. # 67) are modified as follows:

> 6.    By March 29, 2013, EPA shall sign a notice of re-proposed rulemaking in which it proposes approval of a SIP, promulgation of a FIP, partial approval of a SIP and promulgation of a partial FIP, or approval of a SIP or promulgation of a FIP in the alternative, for the State of Wyoming, to meet the regional haze implementation plan requirements that were due by December 17, 2007, under 40 C.F.R. § 51.309(g).  In its re-proposal, EPA will propose to determine, for each source subject to BART, the period of time for BART compliance that is as expeditious as practicable, as required by 42 U.S.C. § 7491.

2

7.    EPA shall by September 27, 2013, sign a notice of final rulemaking promulgating a FIP for the State of Wyoming, to meet the regional haze implementation plan requirements that were due by December 17, 2007, under the requirements of 40 C.F.R. § 51.309(g), unless, by September 27, 2013, EPA has signed a notice of final rulemaking unconditionally approving a SIP, or promulgating a partial FIP and partial unconditional approval of a SIP, for the State of Wyoming that meets the regional haze implementation plan requirements that were due by December 17, 2007, under the requirements of 40 C.F.R. § 51.309(g).

DATED this  13th  day of December, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge