**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00001-CMA-MEH
(Consolidated with 11-cv-00743-CMA-MEH)

WILDEARTH GUARDIANS,
NATIONAL PARKS CONSERVATION ASSOCIATION, and
ENVIRONMENTAL DEFENSE FUND,

    Plaintiffs,

v.

LISA P. JACKSON, in her official capacity as Administrator,
   United States Environmental Protection Agency,

    Defendant,

STATE OF NORTH DAKOTA, and
NORTH DAKOTA DEPARTMENT OF HEALTH,

    Intervenors.

## ORDER TO MODIFY CONSENT DECREE

This matter comes before the Court on Defendant's Second Unopposed Motion to Modify Consent Decree (Doc # 73). The Court has considered the motion and being fully advised, ORDERS that Defendant's Second Unopposed Motion to Modify Consent Decree is GRANTED.

It is FURTHER ORDERED that Paragraph 7 of the Consent Decree entered by this Court on September 27, 2011, (Doc. # 67), and as modified by its Order dated December 13, 2012 (Doc. # 71), is hereby further modified as follows:

7.  EPA shall by January 10, 2014, sign a notice of final rulemaking promulgating a FIP for the State of Wyoming, to meet the regional haze implementation planrequirements that were due by December 17, 2007, under the requirements of 40 C.F.R. § 51.309(g), unless, by January 10, 2014, EPA has signed a notice of final rulemaking unconditionally approving a SIP, or promulgating a partial FIP and partial unconditional approval of a SIP, for the State of Wyoming that meets the regional haze implementation plan requirements that were due by December 17, 2007, under the requirements of 40 C.F.R. § 51.309(g).

DATED:  November __18__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge