IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 1:11-cv-00001-CMA-MEH
(Consolidated with 11-cv-00743-CMA-MEH)

WILDEARTH GUARDIANS,
NATIONAL PARKS CONSERVATION ASSOCIATION, and
ENVIRONMENTAL DEFENSE FUND,

  Plaintiffs,

v.

GINA McCARTHY, in her official capacity as
Administrator, United States Environmental
Protection Agency,

  Defendant,

STATE OF NORTH DAKOTA, and
NORTH DAKOTA DEPARTMENT OF HEALTH,

  Intervenors.

---

## ORDER TO TERMINATE CONSENT DECREE
---

  This matter comes before the Court on Defendant's Unopposed Motion to Terminate Consent Decree (Doc # 75). The Court has considered the motion and being advised that the United States Environmental Protection Agency has fulfilled its obligations under the Consent Decree, ORDERS that the Consent Decree entered in this case on September 27, 2011, (Dkt. No. 67) is terminated.

DATED: May 11, 2015

BY THE COURT:

*[signature]*

Christine M. Arguello
United States District Judge